UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONSTRUCTION LABORERS TRUST FUNDS FOR SOUTHERN CALIFORNIA ADMINISTRATIVE COMPANY, a Delaware limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>2 BROTHERS CONSTRUCTION, a general partnership *aka* and *dba* THE 2 BROTHERS CONSTRUCTION; et al.,<br><br>Defendants. | CASE NO: 2:15-cv-07782 PSG-GJS<br><br>**RENEWAL OF JUDGMENT BY CLERK**<br><br>[No Hearing Scheduled] |

On April 13, 2016, judgment was entered in this action ("Judgment") in favor of Plaintiff, Construction Laborers Trust Funds for Southern California Administrative Company, a Delaware limited liability company, an administrator of, agent for collection for, fiduciary to, and on behalf of the Laborers Health and Welfare Trust Fund for Southern California, Construction Laborers Pension Trust for Southern

-1-

California, Construction Laborers Vacation Trust for Southern California, Laborers Training and Re-Training Trust Fund for Southern California, Fund for Construction Industry Advancement, Center for Contract Compliance, Laborers Contract Administration Trust Fund for Southern California, Laborers' Trusts Administrative Trust Fund for Southern California, San Diego County Laborers' Pension Trust Fund, and San Diego Construction Advancement Trust Fund ("JUDGMENT CREDITOR"), and against Defendants THE 2BC INC., a California corporation aka and dba TWO BROTHERS CONSTRUCTION, THE TWO BROTHERS CONSTRUCTION, THE 2 B C INC, 2 BROTHERS, and 2BC. ("2BC INC."); 2 BROTHERS CONSTRUCTION, a general partnership aka and dba THE 2 BROTHERS CONSTRUCTION ("2 BROTHERS"); ERIC LE, an individual ("LE"); and MARK DOAN, an individual ("DOAN"). [Court Document 31 (Judgment).] As indicated in it, the Judgment had five monetary components. First, $46,976.11 was awarded against 2BC INC; Second, $38,536.13 was awarded against 2 BROTHERS; Third, $39,058.68 was awarded against LE; Fourth, $38,840.18 was awarded against DOAN; and fifth $38,363.68 was awarded Jointly and Severally Against all the Defendants (collectively "DEBTORS").

[Abstracts of Judgment] Abstracts of judgment as to the Judgment were recorded as follows:

| Date | County | Instrument No. | Judgment Debtor |
|---|---|---|---|
| 06/09/2016 | San Diego | 2016-0284032 | 2BC, Inc |
| 06/09/2016 | San Diego | 2016-0284030 | 2 Brothers Construction |
| 06/09/2016 | San Diego | 2016-0284031 | Eric Le |
| 06/09/2016 | San Diego | 2016-0284033 | Mark Doan |
| 07/06/2016 | Orange | 2016000305447 | 2BC, Inc |

| | Date | County | Instrument No. | Judgment Debtor |
|---|---|---|---|---|
| 1 | 07/06/2016 | Orange | 2016000305446 | 2 Brothers |
| 2 | 07/06/2016 | Orange | 2016000305448 | Eric Le |
| 3 | 07/06/2016 | Orange | 2016000305445 | Mark Doan |
| 4 | 08/01/2016 | San Bernardino | 2016-0306462 | 2BC, Inc |
| 5 | 08/01/2016 | San Bernardino | 2016-0306461 | 2 Brothers |
| 6 | 08/01/2016 | San Bernardino | 2016-0306463 | Eric Le |
| 7 | 08/01/2016 | San Bernardino | 2016-0306460 | Mark Doan |
| 8 | 08/15/2016 | Los Angeles | 2016-0966697 | 2BC, Inc |
| 9 | 08/15/2016 | Los Angeles | 2016-0966707 | 2 Brothers |
| 10 | 08/15/2016 | Los Angeles | 2016-0966704 | Eric Le |
| 11 | 08/15/2016 | Los Angeles | 2016-0966693 | Mark Doan |

[Notices of Judgment Lien]  Notices of judgment lien as to the Judgment were filed with the California Secretary of State as follows:

| Date | Instrument No. | Judgment Debtor |
|---|---|---|
| 05/20/2016 | 16-7526857471 | 2BC, Inc. |
| 05/20/2016 | 16-7526855954 | 2 Brothers Construction |
| 05/20/2016 | 16-7526852284 | Eric Le |
| 05/20/2016 | 16-7526856581 | Mark Doan |
| 02/26/2021 | U210026515518 | 2BC, Inc. |
| 02/26/2021 | U210026514626 | 2 Brothers Construction |
| 02/26/2021 | U210026509424 | Eric Le |
| 02/26/2021 | U210026509424 | Mark Doan |

///
///
///
///
///

**NOW, upon application of the JUDGMENT CREDITOR:**

The Judgment against 2BC, INC. is renewed as follows:

    a.    Total Judgment………………………………………… $ 46,976.11

    b.    Costs after Judgment………………………………….$        0.00

    c.    Less Credits after Judgment………………….………$   1,409.15

    d.    Interest after Judgment computed from April 13, 2016 to July 1, 2024 at 0.55% (accruing at $0.72 per day)………… ……………  $   2,137.34

    e.    Total Renewed Judgment………………….……  $   **47,704.30**

The Judgment against 2 BROTHERS is renewed as follows:

    a.    Total Judgment…………………………………………. $ 38,536.13

    b.    Costs after Judgment……………………………….$        0.00

    c.    Less Credits after Judgment…………………….……$   1,409.15

    Interest after Judgment computed from April 13, 2016 to July 1, 2024 at 0.55% (accruing at $0.59 per day)…… …………………  $   1,748.13

    d.    Total Renewed Judgment………………….…....$ **38,875.11**

The Judgment against ERIC LE is as follows:

    a.    Total Judgment………………………………………… $ 39,058.68

    b.    Costs after Judgment……………………………………$        0.00

    c.    Less Credits after Judgment………………………… $   1,409.15

    d.    Interest after Judgment computed from April 13, 2016 to July 1, 2024 at 0.55% (accruing at $0.59 per day)…………………...... $   1,772.08

    e.    Total Renewed Judgment………………….…....$ **39,421.61**

<u>The Judgment against MARK DOAN is renewed as follows:</u>

a. Total Judgment………………………………………$ 38,840.18
b. Costs after Judgment………………………………$     0.00
c. Less Credits after Judgment………………..………$ 1,409.15
d. Interest after Judgment computed from April 13, 2016 to July 1, 2024 at 0.55% (accruing at $0.59 per day)…… ………………… $  1,762.01
e. Total Renewed Judgment…………………..……...$ **39,193.04**

<u>The Judgment against DEBTORS Jointly and Severally is renewed as follows:</u>

a. Total Judgment………………………………………$ 38,363.68
b. Costs after Judgment………………………………$     0.00
c. Less Credits after Judgment………………..………$ 1,409.15
d. Interest after Judgment computed from April 13, 2016 to July 1, 2024 at 0.55% (accruing at $0.58 per day)…… ………………… $  1,740.04
e. Total Renewed Judgment…………………..……...$ **38,694.57**

DATED: 8/19/2024

_Yvette Lomic_
DEPUTY CLERK